Barry I. Levy (BL 2190)
Michael P. Versichelli (MV 2692)
Max Gershenoff (MG 4648)
Brian L. Bank (BB 5995)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
Telephone:   (516) 357-3000

Facsimile:   (516) 357-3333

**GLEESON, J.**

*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co, GEICO General Insurance Company and GEICO Casualty Co.*

J. ORENSTEIN, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO
CASUALTY CO.,



                Plaintiffs,   Docket No.:_____( )

   -against-

FIVE BORO PSYCHOLOGICAL SERVICES, P.C.,
ALL BORO PSYCHOLOGICAL SERVICES, P.C.,
FIVE BORO PSYCHOLOGICAL AND LICENSED
MASTER SOCIAL WORK SERVICES P.L.L.C.,
VLADIMIR GRINBERG,
JOHN R. BRAUN, PH. D.,
MICKAELLE DOUGHERTY, PH.D.,
ERNEST BONAPARTE, PH.D.,
FRANCES MENDELSOHN, PH.D.,
YEVGENIY MARGULIS, PH.D.,
WALTER SPEAR, PH.D.,
DIJANA BLACIC, PH.D.,
KENNETH DIAMOND, PH.D., and
RICHARD MAYS, PH.D.,

                Defendants.
----------------------------------------X

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co., hereby certifies as follows: Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (non-governmental corporate parties) are wholly owned subsidiaries of GEICO Corporation, which is an indirectly wholly owned subsidiary of Berkshire Hathaway, Inc.

Dated: Uniondale, New York
May 16, 2012

RIVKIN RADLER LLP

By: _____

Barry I. Levy (BL 2190)
Michael P. Versichelli (MV 2692)
Max Gershenoff (MG 4648)
Brian L. Bank (BB 5995)
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333

*Counsel for Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co, GEICO General Insurance Company and GEICO Casualty Co.*

2614721 v1