UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE CO., and
GEICO CASUALTY CO.,                                Docket No.: 12-cv-2448 (JG)(VMS)
              Plaintiffs,
                                       **NOTICE OF MOTION**

   -against-

FIVE BORO PSYCHOLOGICAL SERVICES,
P.C., et al.,

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     **PLEASE TAKE NOTICE** that the Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., (collectively "GEICO") respectfully move this Court for an Order enforcing the October 23, 2013 Settlement and Release Agreement between GEICO and Defendants John Braun, Ph.D., Five Boro Psychological Services, P.C., All Boro Psychological Services, P.C., and Five Boro Psychological and Licensed Master Social Work Services, P.L.L.C. (collectively the "All Boro Defendants"), by entering judgment against the All Boro Defendants and in favor of GEICO in the amount of $105,500.00.

     **PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1(b).

Dated: Uniondale, New York
February 12, 2014

                                                      Respectfully submitted,

                                                      RIVKIN RADLER LLP

                                                      By: /s/ Max Gershenoff
                                                            Barry I. Levy (BL 2190)
                                                            Michael P. Versichelli (MV 2692)
                                                            Max Gershenoff (MG 4648)
                                                           Brian L. Bank (BB 5995)
                                  926 RXR Plaza
                                  Uniondale, New York  11556
                                  (516) 357-3000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of February, 2014, copies of the foregoing Notice of Motion, Memorandum of Law, the Declaration of Max Gershenoff, and the exhibits annexed thereto, were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

In addition, on the 12th day of February, 2014, copies of the foregoing Notice of Motion, Memorandum of Law, the Declaration of Max Gershenoff, and the exhibits annexed thereto, were served on Gary Tsirelman, Esq., counsel for Defendants John Braun, Ph.D., Five Boro Psychological Services, P.C., All Boro Psychological Services, P.C., and Five Boro Psychological and Licensed Master Social Work Services, P.L.L.C., at the following address:

Gary Tsirelman
Gary Tsirelman PC
129 Livingston St 2nd Fl.
Brooklyn NY 11201

                                                        /s/  Max Gershenoff
                                                          Max Gershenoff (MG 4648)